Frances Nepermann, Appellee, v. Leo Nepermann,
Appellant.

Gen. No. 43,643.

opinion filed
May 29, 1946; released for publication June 13, 1946. McCarthy,
Toomey & Reynolds, for appellant; Frank A. McCarthy and John E.
Toomey, of counsel; Posanski, Lelivelt & Walter, for appellee; Roman E.
Posanski and William Jacobs, of counsel. Opinion by JUSTICE SCANLAN.
Not to be published in full.